# EXHIBIT A

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: January 18, 2024  
Hearing Time: 9:00 a.m

-----------------------------------------------------------x

In Re:

Case No. 23-11977(PB)  
Chapter 13

MARK HAYNES a/k/a MARQUELL HAYNES

-----------------------------------------------------------x

# ORDER VACATING AUTOMATIC STAY IMPOSED BY 11 U.S.C. 362(a)

Fifth and 106th St Associates LP (with any subsequent successor or assign, the "Owner") having moved by cross-motion, dated January 9, 2023 for an order pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") vacating the stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Landlord's interests in 4 East 107th Street, Apartment 15B, New York, New York 10029 (the "Property"), to allow Landlord's enforcement of its rights in and remedies in and to the Property and permitting the Landlord to proceed with the prosecution of the State Court proceeding in Civil Court, New York County *sub nom Fifth and 106th St. Associates LP v. Mark Haynes*, Index L & T 317051/21, or any successor actions or proceedings; the prosecution of the State Court action in Supreme Court, New York County *sub nom Fifth and 106th St. Associates LP v. Mark Haynes*, Index No. 151063/2022, and the commencement of a summary holdover proceeding in Civil Court, New York County to recover possession of the Property, and the Court having held a hearing (the "Hearing") on the Cross-Motion;

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under Section 362(d) of the Bankruptcy Code as to the landlord's

interests in the Property to allow the landlord's enforcement of its rights in and remedies to, the Property, and it is further;

ORDERED that the automatic stay is vacated to permit the landlord to proceed to proceed with the prosecution of the State Court proceeding in Civil Court, New York County *sub nom Fifth and 106th St. Associates LP v. Mark Haynes*, Index L & T 317051/21,or any successor actions or proceedings; the prosecution of the State Court action in Supreme Court, New York County *sub nom Fifth and 106th St. Associates LP v. Mark Haynes*, Index No. 151063/2022, and the commencement of a summary holdover proceeding in Civil Court, New York County to recover possession of the Property

ORDERED that the 14-day stay pursuant to Federal Bankruptcy Rule 4001(a)(3) is hereby waived.

Dated: New York, New York
      January ___ 2018

                                              _____
                                              HON. PHILIP BENTLEY
                                              UNITED STATES BANKRUPTCY COURT