# EXHIBIT F

**Civil Court of the City of New York**
County of: New York
Part: S

Index Number: 317051/22
Motion Cal. # _____  Motion Seq. # _____

**DECISION/ORDER**
Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits ................................ | |
| Replying Affidavits................................... | |
| Exhibits ................................................ | |
| Other.................................................... | |

Fifth and 106th St Associates LP
Claimant(s)/Plaintiff(s)/Petitioner(s)
against
Mark Haynes
Defendant(s)/Respondent(s)

Upon the foregoing cited papers, the Decision/Order on this Motion to 9/18/23 Part S, Room 1164B is as follows:

Proceeding adjourned to 9/18/23 9:30am for a pre-trial conference. Petitioner to provide respondent a list of documents required of re-certification by August 14, 2023. Respondent to bring documents listed to court on 9/18/23 but also provide a copy to Petitioner by 9/10/23. Petitioner to email a copy of the documents required to Duell61@yahoo.com and cc the court.

Date: 8/10/23

Judge, Civil Court [signature: Norma Jennings, Housing Court]

CIVIL COURT OF THE CITY OF NEW YORK
County of New York
Date 8/10/23 Part C

Index No. L&T 317051-22
Page ___ of ___
Hon. Vanessa Fang

So Ordered: VF

Fifth and 106th
St. Associates LP
Petitioner(s)

against

Mark Haynes,
Respondent(s)

PRELIMINARY CONFERENCE ORDER

Next appearance scheduled for Part ____ on _____ at _____ am/pm

**APPEARANCES**
Petitioner(s) Rose & Rose
Respondent(s) self represented

Case Type:
☑ Non payment    ☐ Holdover    ☐ Other _____

☐ Interpreter needed. Indicate language: _____

ADR Referral: ☐ Yes ☑ No   Date answer interposed/or expected to be interposed. 2/27/23
Provide a brief summary of the nature of the dispute/defense: P alleges $129,962 due at market rate. P willing to allow R to recertify retro to 2019. P to send R list of docs needed by 8/11/23.

Was DHPD inspection conducted? ☐ Yes ☑ No     Is a DHPD inspection needed? ☐ Yes ☑ No

Are there proceedings pending in an Administrative Agency? ☑ Yes ☐ No
If yes, explain   DHCR

Are there any other pending legal disputes between parties? ☑ Yes ☐ No
If yes, explain. Supreme court 151063/22 motions submitted

Were there any prior legal proceedings between parties? ☐ Yes ☐ No ?
If yes, explain and provide case information _____
List anticipated motion practice: any non-trial motions will be deemed untimely

List briefing schedule  n/a

List anticipated subpoenas  n/a

CIV-LT-114 (PC Order (Resolution) 4/2018 )(Page 1)

Civil Court of the City of New York  
County of New York

Index # LT-317051-22/NY

Fifth and 106th St. Associates LP
                            Petitioner(s)
   -against-
MArk Haynes
                            Respondent(s)

**Transfer OrderTo Part X**

It is the Order of this court that the above captioned case is:

[X] a trial ready case and is transferred to the Housing Part Expediter for assignment for trial

    a) Parties are **un**available for trial on the following dates: _____

    b) Number of Witnesses: _____ for Petitioner _____ For Respondent _____

    c) Number of Projected Days of Trial: _____

    d) Immediate Trial required due to: [ ] Rent Deposit Law   [ ] Other _____

[ ] transferred to Part _____ for _____

Comments: nonpay
recert issue
P still willing to settlement.

So Ordered

Dated: August 10, 2023

                          Hon. Vanessa Fang
                          Housing Court Judge

ST LT 91