**EXHIBIT G**

## Jainey Samuel

| | |
|---|---|
| **From:** | Jainey Samuel |
| **Sent:** | Monday, August 14, 2023 3:53 PM |
| **To:** | 'quellb1@yahoo.com' |
| **Cc:** | 'NY-HOUSING-1164B' |
| **Subject:** | Fifth and 106th St. Associates, L.P. v. Mark Haynes, Index No. 317051/22 (4 East 107th Street, Apt. 15B) |

Mr. Haynes:

Following up on the court appearance for this case on August 10, 2023, the list of documents for your recertification are below. According to the landlord's records, you are an October renewal, therefore, documents will also be needed in connection with recertifications for October 2023.

The list of documents for everyone in the household 18 years of age or older for 2019, 2020, 2021 and 2022 are as follows (all pages are needed):

1. Names of everyone in the household/apartment 18 years of age or older for 2019, 2020, 2021, 2022 and 2023
2. Federal and state tax returns (if working) for the years of 2019, 2020, 2021 and 2022 for everyone in the household.
3. 6 consecutive bank statements for all assets/each type of account (e.g., checking, saving, money market, investments, etc.)
4. 4/6 consecutive paystub for the renewal of October 2023
5. Documents related to, if any, public assistance awards and payments, workers' compensation awards and payments for 2019, 2020, 2021, 2022 and 2023
6. Documents related to military pay and veterans benefits (e.g., pension award letter, military pay statement, veterans' pay statement)
7. If receiving pension/social security will need documents for 2019, 2020, 2021, 2022 and 2023
8. Annuity statements, if any, for 2019, 2020, 2021, 2022 and 2023.
9. Documents related to, if any, investments, mutual funds, stocks, bonds (e.g., statements, stock broker summary, stock certificates, 1099 interest statements)
10. Statements for 401k, IRA, Roth, life insurance for 2019, 2020, 2021, 2022 and 2023
11. Statements for trust funds for 2019, 2020, 2021, 2022 and 2023 (e.g., trust agreement and bank statements)
12. Documents related to real property other than the subject apartment (e.g., house, coop, condo, apartment, etc.)
13. Proof of student status or live-in aide status of person in the apartment for 2019, 2020, 2021, 2022 and 2023
14. Documents related to any other asset or source of income for 2019, 2020, 2021, 2022 and 2023

NOTE: HUD only allows the landlord to go back <u>three years</u> to regain a subsidy (here, back to 2020). Also, it is possible that additional documents and/or authorizations to verify the information in your submission will be needed after reviewing your submission. In the event that is the case, we will inform you.

As per the court's order, your documents are to be submitted directly to the landlord by 9/11/2023. You may email me your documents at this email address.

Thank you,

Jainey Samuel

1

Rose & Rose
Attorneys at Law
291 Broadway, 13th Floor
New York, New York 10007
(212) 349-3366 Ext. 232
Email: jsamuel@roseandroselaw.com
www.RoseandRoselaw.com

ROSE & ROSE
LAW

FILED: NEW YORK CIVIL COURT - L&T 08/16/2023 12:34 PM INDEX NO. LT-317051-22/NY
NYSCEF DOC. NO. 36                                                    RECEIVED NYSCEF: 08/16/2023

2

2 of 2