# EXHIBIT L

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2019022500330007001EB420 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 2

**Document ID:** 2019022500330007  **Document Date:** 12-21-2018  **Preparation Date:** 02-25-2019
**Document Type:** FEDERAL LIEN-IRS                                **Federal Lien Serial Number:** 340459118
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| INTERNAL REVENUE SERVICE<br>135 HIGH STREET, STOP 155<br>HARTFORD, CT 06103<br>800-913-6050 | INTERNAL REVENUE SERVICE<br>P.O. BOX 145595<br>CINCINNATI, OH 45250<br>800-913-6050<br>ACRIS_LIENS@FINANCE.NYC.GOV |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
|  |  |  |  |  |

**Property Type:**

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| MARKQUELL HAYNES<br>620 BAYCHESTER AVENUE APT 2B<br>BRONX, NY 10475-4461 | INTERNAL REVENUE SERVICE<br>135 HIGH STREET, STOP 155<br>HARTFORD, CT 06103 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | EXEMPT | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  02-26-2019 17:05
City Register File No.(CRFN): 2019000065160

*City Register Official Signature*

9607

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (800) 829-3903 | Serial Number 340459118 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer MARKQUELL HAYNES

Residence   620 BAYCHESTER AVE APT 2B
            BRONX, NY 10475-4461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-8024 | 12/11/2017 | 01/10/2028 | 6501.39 |
| 1040 | 12/31/2016 | XXX-XX-8024 | 11/05/2018 | 12/05/2028 | 11578.35 |

Place of Filing

Registers Office
Bronx County
Bronx, NY 10457

Total $ 18079.74

This notice was prepared and signed at _____ MANHATTAN, NY _____, on this,

the __21st__ day of __December__, __2018__.

Signature *Joan Flach*
for S. MCGUIGAN

Title
ACS SBSE
(800) 829-3903

21-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X