# EXHIBIT M

Parameters: Show transactions beginning - 10/01/2019 Select Status - All; Ledger Type - Resident; SubJournals - RESIDENT;

### Personal Info
| | |
|---|---|
| Name: | MARK HAYNES |
| Bldg/Unit: | 104-15B |
| Status: | Current resident |
| Contact Info: | |
| | (M) (212) 410-1700 |
| email: | unit10415b@noemail.com |

### Lease Info
| | |
|---|---|
| Market Rent: | 3,997.00 |
| Move-In: | 10/01/2008 |
| Lease Begin: | 10/01/2008 |
| Lease End: | 09/30/2009 |
| Move-Out: | |
| Notice Given: | |
| Notice For: | |

### Scheduled Billing
| | |
|---|---|
| Lease Rent: | 3,911.00 |
| Other Charges: | 0.00 |
| Other Credits: | 0.00 |

### Ledger Info
| | |
|---|---|
| Previous Balance: | 0.00 |
| Charges: | 206,261.00 |
| Payments: | 56,715.00 |
| Credits: | 0.00 |
| Current Balance: | 149,546.00 |
| Deposits On Hand: | 747.00 |
| Deposits Due: | 0.00 |

### Ledger Detail

| Date | Period | Bldg/Unit | Transaction Code | Description | Journal | Document # | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance Forwarded: | 0.00 |
| 10/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 1,766.00 | | 1,766.00 |
| 11/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 5,547.00 |
| 12/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 9,328.00 |
| 01/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 13,109.00 |
| 01/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 13,124.00 |
| 01/31/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 12,565.00 | | 25,689.00 |
| 02/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 29,470.00 |
| 02/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 29,485.00 |
| 03/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 33,266.00 |
| 03/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 33,281.00 |
| 04/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 37,062.00 |
| 05/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 40,843.00 |
| 06/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 44,624.00 |
| 07/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 48,405.00 |
| 08/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 52,186.00 |
| 09/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 55,967.00 |
| 10/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 59,748.00 |
| 11/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 63,529.00 |
| 12/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 67,310.00 |
| 01/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 71,091.00 |
| 02/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 74,872.00 |
| 03/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 78,653.00 |
| 04/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 82,434.00 |
| 05/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 86,215.00 |
| 06/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 89,996.00 |
| 07/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 93,777.00 |
| 08/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 97,558.00 |
| 09/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 101,339.00 |
| 10/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 105,120.00 |
| 11/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 108,901.00 |
| 12/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 112,682.00 |
| 01/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 116,463.00 |
| 02/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 120,244.00 |
| 03/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 124,025.00 |
| 04/01/2022 | 042022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 127,936.00 |
| 04/21/2022 | 062022 | 104-15B | PZ - PMTCHECK | Payment By Check - HAYNES | RESIDENT | wire transfer -ERAP | | 56,715.00 | 71,221.00 |
| 05/01/2022 | 052022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 75,132.00 |
| 06/01/2022 | 062022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 79,043.00 |
| 06/06/2022 | 062022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | | 5.00 | | 79,048.00 |
| 07/01/2022 | 072022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 82,959.00 |

Parameters: Show transactions beginning - 10/01/2019 Select Status - All; Ledger Type - Resident; SubJournals - RESIDENT;

| Date | Period | Unit | Code | Description | Type | Charge | Balance |
|---|---|---|---|---|---|---|---|
| 08/01/2022 | 082022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 86,870.00 |
| 08/09/2022 | 082022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 8.00 | 86,878.00 |
| 09/01/2022 | 092022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 90,789.00 |
| 09/08/2022 | 092022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 90,796.00 |
| 10/01/2022 | 102022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 94,707.00 |
| 10/06/2022 | 102022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 94,712.00 |
| 11/01/2022 | 112022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 98,623.00 |
| 11/08/2022 | 112022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 98,630.00 |
| 12/01/2022 | 122022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 102,541.00 |
| 12/07/2022 | 122022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 6.00 | 102,547.00 |
| 01/01/2023 | 012023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 106,458.00 |
| 01/06/2023 | 012023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 106,463.00 |
| 02/01/2023 | 022023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 110,374.00 |
| 02/06/2023 | 022023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 110,379.00 |
| 03/01/2023 | 032023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 114,290.00 |
| 03/07/2023 | 032023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 6.00 | 114,296.00 |
| 04/01/2023 | 042023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 118,207.00 |
| 04/06/2023 | 042023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 118,212.00 |
| 05/01/2023 | 052023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 122,123.00 |
| 05/08/2023 | 052023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 122,130.00 |
| 06/01/2023 | 062023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 126,041.00 |
| 06/06/2023 | 062023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 126,046.00 |
| 07/01/2023 | 072023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 129,957.00 |
| 07/06/2023 | 072023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 129,962.00 |
| 08/01/2023 | 082023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 133,873.00 |
| 08/10/2023 | 082023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 9.00 | 133,882.00 |
| 09/01/2023 | 092023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 137,793.00 |
| 09/06/2023 | 092023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 137,798.00 |
| 10/01/2023 | 102023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 141,709.00 |
| 10/06/2023 | 102023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 141,714.00 |
| 11/01/2023 | 112023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 145,625.00 |
| 11/06/2023 | 112023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 145,630.00 |
| 12/01/2023 | 122023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 149,541.00 |
| 12/06/2023 | 122023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 149,546.00 |