Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (016472004)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 23-11977 |
| Mark Haynes | Chapter 13 |
| Chapter 13 Debtor | Hon. Philip Bentley |

-----------------------------------------------------------------X

## CONSENT AND NOTICE OF SUBSTITUTION OF COUNSEL

The Debtor, Mark Haynes, hereby substitutes Law Offices of Wenarsky and Goldstein, LLC and Scott J. Goldstein, Esq., as his counsel in place and in stead of Mark Haynes, *pro se*. The address of Law Offices of Wenarsky & Goldstein, LLC is 410 Route 10 West, Ste. 214, Ledgewood, NJ 07852. The telephone number is (973) 927-5100.

We Consent to the above substitution:

MARK HAYNES, PRO SE

By: _____
      MARK HAYNES

Dated: March 6, 2024

Substitution is Accepted

LAW OFFICES OF
WENARSKY & GOLDSTEIN, LLC

By: _____
      SCOTT J. GOLDSTEIN