Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (016472004)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 23-11977 |
| Mark Haynes | Chapter 13 |
| Chapter 13 Debtor | Hon. Philip Bentley |

------------------------------------------------------------------------X

### ORDER TO SUBSTITUTE COUNSEL

UPON THE MOTION of the filed Notice and Consent of Substitution of Counsel for the Debtor and with the Consent of the Debtor, pro se, and the superceding counsel, and no objection having been filed,

IT IS HEREBY ORDERED, that Scott J. Goldstein, Esq. and the Law Offices of Wenarsky & Goldstein, LLC, are hereby substituted and recognized as counsel for the Debtor, formerly *pro se*