**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Mark Haynes<br>aka   Marquell Haynes | CASE NO.: 23−11977−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8024 | CHAPTER:  13 |

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## CHANGE OF VENUE OF BANKRUPTCY CASE

Pursuant to a court order by the Honorable Philip Bentley, entered on February 9, 2024, the above captioned bankruptcy case has been transferred to:

United States Bankruptcy Court
District of New Jersey (Newark)
Martin Luther King, Jr.
Federal Building
50 Walnut Street
Newark, New Jersey 07102

Under Case No.: 24−12563

All documents, pleadings and proofs of claim must be filed at the new address, using the new case number.

Dated: March 9, 2024                                       Vito Genna
                                                          Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11977-pb |
| Mark Haynes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2024 | Form ID: 141 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 8246650 | + | City of Newark, Finance Dept, 828 Broad Street, Newark, NJ 07102, City of Newark 07102-2759 |
| 8246651 | + | Dept. of Water and Sewer, 920 Broad Street, Room 117, Newark, NJ 07102-2609 |
| 8246923 | + | FIFTH AND 106TH ST. ASSOCIATES, L.P., C/O ROSE AND ROSE, 291 BROADWAY, 13TH FLOOR, NEW YORK, NY 10007-1865 |
| 8246654 | + | Fifth & 107th Associates LLC, 4 East 107th Street, New York NY 10029-3870 |
| 8246646 | + | Hospital for Special Surgery, 535 E 70th Street, New York, NY 10021-4898 |
| 8250108 | + | JPMorgan Chase Bank, National Association, Fein, Such & Crane, LLP, 28 East Main Street, Suite 1800, Rochester, NY 14614-1936 |
| 8246652 | + | PSE&G of New Jersey, 80 Park Plaza, Newark, NJ 07102-4109 |
| 8445111 | + | Scott J. Goldstein, Law Offices of Wenarsky & Goldstein, LLC, 410 St Route 10, Ste 214, Ledgewood, NJ 07852-9600 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 11 2024 19:11:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Mar 11 2024 19:11:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 11 2024 19:11:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 11 2024 19:11:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Mar 11 2024 19:11:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 8440078 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:34:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 8246653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:12:29 | Home Depot, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 8246649 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 19:11:00 | Department of the Treasury, Internal Revenue Service, PO Box 145595, Cincinnati, OH 45250 |
| 8440237 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2024 19:12:29 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 8246648 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2024 19:12:34 | Chase Bank, LA$-6355, 700 Kansas Lane, Monroe, LA 71203 |
| 8247383 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 11 2024 19:11:00 | New York State Department of Tax & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

| 8432310 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Mar 11 2024 19:11:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 8246647 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Mar 11 2024 19:11:00 | US Bank, PO Box 21948, Eagan, MN 55121 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIFTH AND 106th ST. ASSOCIATES, L.P. |
| cr | | JPMorgan Chase Bank, National Association, Fein, Such & Crane, LLP |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean Dreiblatt | on behalf of Creditor FIFTH AND 106th ST. ASSOCIATES L.P. tenatt@aol.com |
| Mark Haynes | quellb1@yahoo.com |
| Scott J. Goldstein | on behalf of Debtor Mark Haynes scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| Tammy L. Terrell Benoza | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| Thomas C. Frost | info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 6